

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

```
BRONWYN FORD,              )
        Plaintiff          )
                           )
        v.                 )     Civil Action
                           )     No. 98-CV-11346-NG
CITY OF BOSTON; SUFFOLK    )
COUNTY; RICHARD ROUSE,     )
SHERIFF OF SUFFOLK COUNTY, )
        Defendant          )
                           )
```

### DEFENDANTS SUFFOLK COUNTY AND SHERIFF RICHARD ROUSE'S, MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56.

Now come the Defendants, Suffolk County and Sheriff Richard Rouse and move this Honorable Court to grant this Motion for Summary Judgment pursuant to Federal Rules of Civil Procedure 56 (c). As reasons, therefore, the Defendants state that there is no genuine issue of material fact and that they are entitled to judgment as a matter of law.

The Defendants have attached a Memorandum in support of this Motion.

Respectfully submitted
SHERIFF RICHARD ROUSE,
SUFFOLK COUNTY

By their attorney,

Date: 3/27/00

Rose E. King
B.B.O. #630973
Assistant General Counsel
Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA 02114
(617) 989-6680

[Handwritten margin note: DOCKETED / Allowed in part and denied in part. See memo d. 7/31/01 /s/ Nancy Gertner D.J.]

## Certificate of Service

I hereby certify that I have caused a true copy of the foregoing document to be served by hand on Attorney Eric Klein, 185 Devonshire Street, Suite 200, Boston, MA 02110 on March 27, 2000.

Signed under the pains and penalties of perjury this twenty-seventh day of March, 2000.

*Rose K.*
Attorney Rose King