

DOCKETED Granted in part, denied in part, see memo dated 7/31/01 /s/ [illegible]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRONWYN FORD, KATRINA MACK, et al., on behalf of themselves and on behalf of others similarly situated, Plaintiffs<br><br>v.<br><br>SUFFOLK COUNTY, RICHARD J. ROUSE in his individual capacity, JANE DOE, in her individual capacity, and the CITY OF BOSTON, Defendants | Civil Action No. 98-11346-NG<br><br>FILED<br>Clerk's Office<br>USDC, Mass.<br>Date _____<br>By _____<br>Deputy Clerk |

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON LIABILITY AGAINST DEFENDANTS SUFFOLK COUNTY, CITY OF BOSTON AND ROUSE

Plaintiffs move, pursuant to Fed. R. Civ. P. 56 and L.R. 56.1, that this Court issue a summary judgment establishing the liability of the defendants Suffolk County and the City of Boston to all members of the plaintiff class. Plaintiffs also seek summary judgment against defendant Rouse for class members who were strip searched from October, 1996 to the end of the class period.

In support of this motion, plaintiffs state that there is no genuine issue as to any material fact on necessary to establish the liability of these defendants. Plaintiffs are entitled to a judgment as a matter of law against these defendants.

In further support for this motion, plaintiffs refer the Court to the accompanying memorandum in support of plaintiffs' motion for summary judgment, along with the exhibits filed in support of this motion.

2

WHEREFORE, plaintiffs move this court to grant summary judgment establishing the liability of the defendants Suffolk County and City of Boston to all of the plaintiff class members and establishing the liability of defendant Rouse for the period from October, 1996 to the end of the class period.

### REQUEST FOR HEARING

Plaintiffs request a hearing on their motion for summary judgment.

RESPECTFULLY SUBMITTED,

Howard Friedman
BBO #180080
Myong J. Joun
BBO #645099
Law Offices of Howard Friedman
90 Canal Street, Fifth floor
Boston, MA 02114-2022
(617) 742-4100

#### CERTIFICATE OF CONFERENCE PURSUANT TO L.R. 7.1(A)(2)

Pursuant to L.R. 7.1(A)(2), I certify that I have conferred in good faith with counsel for the defendants in an attempt to resolve the issue that is the subject of the accompanying motion.

Howard Friedman

#### CERTIFICATE OF SERVICE

I certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail / by hand.

Date: 11/15/00