UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 98-11346-NG

BRONWYN FORD,
      Plaintiff,

v.

CITY OF BOSTON, SUFFOLK
COUNTY, RICHARD ROUSE,
SHERIFF OF SUFFOLK
COUNTY,
      Defendants.

### DEFENDANT CITY OF BOSTON'S CROSS-MOTION FOR SUMMARY JUDGMENT

The defendant, City of Boston ("City"), moves for summary on all counts of the complaint.

Count I – Negligent Infliction of Emotional Distress.

Section 10(c) of M.G.L. c. 258 bars this claim. Section 10(c) provides immunity to muncipalities for all claims that "arise out of" intentional torts.

Count IV - Article XIV of the Constitution of the Commonwealth.

This Count is barred for the reasons that Count V is barred, but also because the Massachusetts Declaration of Rights does not provide for a direct, private right of action without a statutory basis or vehicle.

Count V – 42 U.S.C. § 1983.

The City is entitled to summary judgment on this Count because the City did not maintain customs, practices or policies that caused the plaintiff to be deprived of her Fourth Amendment rights while she was in its custody. Nor did a City policy cause the

defendant Suffolk County to deprive the plaintiff of her constitutional rights, since Suffolk County obtained reasonable suspicion to require the plaintiff to submit to a strip-search.

Count VI – 42 U.S.C. § 1983

For essentially the same reasons that Count V fails, so does Count VI.

Respectfully submitted,
DEFENDANT, CITY OF BOSTON,
Merita A. Hopkins
Corporation Counsel
By its attorneys,

*Eve Piemonte Stacey* (signature)

Eve A. Piemonte Stacey - BBO# 628883
Assistant Corporation Counsel
Michael A. Goldsmith – BBO# 558971
Assistant Corporation Counsel (former)
Susan M. Weise - BBO# 545455
Chief of Litigation
City of Boston Law Department
Room 615, City Hall
Boston, Massachusetts 02201
(617) 635-4066