UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROWNWYN FORD, KATRINA MACK, et al. on behalf of themselves And on behalf of others similarly situated, Plaintiffs<br><br>v.<br><br>SUFFOLK COUNTY, RICHARD J. ROUSE in his individual capacity, JANE DOE, in her individual capacity, And the CITY OF BOSTON, Defendants | Civil Action NO. 98-11346-NG |

### SUFFOLK COUNTY DEFENDANTS' RESPONSE TO PLAINTIFFS' PROPOSED DEFINITION OF "VIOLENT OFFENSES"

Black's Law Dictionary defines violence as "[u]njust or unwarranted exercise of force, usually with the accompaniment of vehemence, outrage or fury." "The exertion of any physical force so as to injure, damage or abuse." Black's Law Dictionary 1570 (6th ed. 1990). Contrary to Plaintiffs' assertion that an act cannot be violent unless a weapon is involved, the Black's definition of violence does not include a weapon requirement.

### VIOLENT OFFENSES

Massachusetts General Laws defines "violent crime" as "any crime punishable by imprisonment for a term exceeding one year, or any act of juvenile delinquency involving the use or possession of a deadly weapon that would be punishable by imprisonment for such term if committed by an adult that: (i) has as an element the use, attempted use or threatened use of physical force **or** a deadly weapon against the person of another; (ii) is burglary, extortion, arson or kidnapping; (iii) involves the use of explosives; or (iv)



DOCKETED 126

otherwise involves conduct that presents a serious risk of physical injury to another." Mass. Gen.Laws ch. 140, § 121 (2001)(emphasis added).

The United States Code defines "crime of violence" as "(a) an offense that has as an element the use, attempted use, or threatened use of physical force against the person or property of another, or (b) any other offense that is a felony and that, by its nature, involves a substantial risk that physical force against the person or property of another may be used in the course of committing the offense." 18 U.S.C. § 16 (2001).

Based upon the foregoing definitions, the Suffolk County Defendants propose the following list as offenses providing Jail officials with sufficient security concerns to justify a strip search absent an individual determination of reasonable suspicion.

ch. 265 § 1    Murder

ch. 265 § 13   Manslaughter

ch. 265 § 13A  Assault/ Assault and Battery

ch. 265 § 13B  Indecent Assault and Battery on Child Under Fourteen

ch. 265 § 13C  Assault and Battery to Collect Loan

ch. 265 § 13D  Assault and Battery Upon Public Employees

ch. 265 § 13F  Indecent Assault and Battery on Retarded Person

ch. 265 § 13G  Commission of a Felony for Hire

ch. 265 § 13H  Indecent Assault and Battery on Person Fourteen and Older

ch. 265 § 13I  Assault or Assault and Battery on Emergency Medical Technician

ch. 265 § 13J  Assault and Battery Upon a Child

ch. 265 § 13K  Assault and Battery Upon an Elderly or Disabled person

ch. 265 § 14   Mayhem

ch. 265 § 15   Assault; intent to murder or maim

ch. 265 § 15A  Assault and Battery with Dangerous Weapon;

    Assault and Battery with Dangerous Weapon Victim Sixty or Older

ch. 265 § 15B  Assault with Dangerous Weapon;

    Assault with Dangerous Weapon Victim Sixty or Older

ch. 265 § 16   Attempt to Murder

ch. 265 § 17   Armed Robbery

ch. 265 § 18   Assault with Intent to Rob or Murder; weapons;

    Assault with Intent to Rob or Murder Victim Sixty Years or Older

ch. 265 § 18A  Dangerous Weapon; assault in dwelling house

ch. 265 § 18B  Use of Firearms While Committing a Felony

ch. 265 § 18C  Entry of a Dwelling Place, Persons Present Within; Weapons

ch. 265 § 19   Robbery by Unarmed Person;

    Robbery by Unarmed Person Victim Sixty

ch. 265 § 20   Simple Assault; Intent to Rob or Steal

ch. 265 § 21   Stealing by Confining or Putting in Fear

ch. 265 § 21A  Assault, Confinement of Person for Purpose of Stealing Motor Vehicle; Weapons

ch. 265 § 22   Rape, generally; weapons

ch. 265 § 22A  Rape of Child; Use of Force; Weapons

ch. 265 § 23   Rape and Abuse of Child

ch. 265 § 24   Assault with Intent to Commit Rape; weapons

ch. 265 § 24B  Assault of Child;

                Intent to Commit Rape; weapons

ch. 265 § 25    Attempted Extortion

ch. 265 §26    Kidnapping; weapons

                Kidnapping Child Under Age 16

ch. 265 § 28    Poison; Use With Intent to Injure

ch 265 § 29    Assault; Intent to Commit Felony

ch. 265 § 39    Assault and Battery for Purposes of Intimidation

ch. 268 § 13B    Intimidating a Witness

                **Or attempts at any of the above listed crimes**

### WEAPONS OFFENSES

ch. 94C § 27    Possession of Instrument for Administering Controlled Substance

ch. 266 § 49    Possession of Burglarious Instruments

ch. 269 § 10    Carrying Dangerous Weapons

                                      Respectfully Submitted
                                      For the Defendants
                                      SUFFOLK COUNTY,
                                      SHERIFF RICHARD ROUSE,
                                      JANE DOE
                                      By their attorney

                                      _____
                                      Rose E. King
                                      BBO # 630973
                                      Deputy General Counsel
                                      Suffolk County Sheriff's Department
                                      200 Nashua Street
                                      Boston, MA  02114
                                      (617) 635-1100 ext. 6680

Date:  August 30, 2001

## Certificate of Service

    I hereby certify that I have caused a true and accurate copy of the attached document to be served by first class mail upon counsel for the class plaintiffs, Howard Friedman, Esq. at 90 Canal Street, Fifth Floor, Boston, MA 02114 and upon counsel for the defendant, City of Boston, Eve Piemonte-Stacey, Esq. at City of Boston Law Department, City Hall, Room 615, Boston, MA 02201 this 30th day of August, 2001.

    Signed under the pains and penalty of perjury this 30th day of August, 2001.

*(signature)*
Rose King