UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRONWYN FORD, KATRINA MACK, et al., on behalf of themselves and others similarly situated <br>     Plaintiffs, <br><br> v. <br><br> SUFFOLK COUNTY, RICHARD ROUSE, Sheriff of Suffolk County, JANE DOE, and the CITY OF BOSTON <br>     Defendants. | Civil Action No. 98-11346-NG |

GERTNER, D.J.:

### ORDER RE: PLAINTIFFS' MOTION FOR AN ORDER REQUIRING THE DEFENDANTS TO PRODUCE ADDITIONAL ADDRESSES OF CLASS MEMBERS
November 28, 2001

Plaintiffs' Motion For An Order Requiring The Defendants To Produce Additional Addresses Of Class Members [docket entry #111] is **GRANTED**. With respect to the approximately 2,680 individuals who appear to be class members for whom Plaintiffs' class counsel does not have a currently valid mailing address, Plaintiffs' counsel shall provide the Defendants with a list containing these class members' names, the unique Boston Police Department CR identification number assigned to each of these class members by the Defendants, their social security numbers, their dates of birth, and any addresses that Plaintiffs possess of these class members by December 19, 2001. The Defendants shall use this information to search their databases in order to locate the



addresses given by these class members during the class members' most recent bookings. The Defendants shall provide the Plaintiffs with a list in electronic form of any addresses that Plaintiffs do not currently possess of these class members by January 25, 2002.

**SO ORDERED.**

**Dated:  November 28, 2001**

NANCY GERTNER, U.S.D.J.