UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRONWYN FORD, et. al<br>　　Plaintiffs<br><br>v.<br><br>SUFFOLK COUNTY, RICHARD J.<br>ROUSE, in his individual capacity, JANE<br>DOE, in her individual capacity, AND<br>the CITY OF BOSTON,<br>　　Defendants | CIVIL ACTION NO. 98-11346NG |

FILED
IN CLERKS OFFICE
2002 FEB 11  P 4: 17
U.S. DISTRICT COURT
DISTRICT OF MASS.

## DEFENDANTS SUFFOLK COUNTY, RICHARD J. ROUSE AND JANE DOE'S MOTION FOR SUMMARY JUDGMENT AS TO SUB-CLASS II

Now come the Suffolk County Defendants and move this Honorable Court to find, as a matter of law, that the strip search of members of sub-class II were reasonable and, thus, no constitutional violation occurred. As reasons, therefor, the Defendants have attached a Memorandum in Support of this Motion.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　SUFFOLK COUNTY,
　　　　　　　　　　　　　　　　　　　　RICHARD J. ROUSE,
　　　　　　　　　　　　　　　　　　　　and JANE DOE
　　　　　　　　　　　　　　　　　　　　By their attorneys

_Kathleen Cawley /RK_　　　　　　　　_Rose K_
Kathleen Cawley　　　　　　　　　　　Rose King
B.B.O. # 551202　　　　　　　　　　　B.B.O. # 630973
Assistant General Counsel　　　　　　　Deputy General Counsel
Suffolk County Sheriff's Department　　Suffolk County Sheriff's Department
20 Bradston Street　　　　　　　　　　200 Nashua Street
Boston, MA 02108　　　　　　　　　　Boston, MA 02114
(617) 989-6554　　　　　　　　　　　(617) 989-6680

Date: 2/9/02

136

## Certificate of Service

I hereby certify that I have caused a true and accurate copy of the Motion for Summary Judgment as to sub-class II to be served upon Counsel for the Plaintiffs, Howard Friedman, at 90 Canal Street, Fifth Floor, Boston, MA 02114 by hand; and for the Defendant, Eve Piemonte-Stacey, City of Boston Law Department, City Hall, Room 615, Boston, MA 02201 by first class mail, postage pre-paid this 11th day of February 2002.

Signed under the pains and penalty of perjury this 11th day of February, 2002.

_____
Rose E. King

## Certification of Counsel Pursuant to Local Rule 7.1

Pursuant to L.R. 7.1 (A)(2), I certify that I have conferred in good faith with counsel for the Plaintiff in an attempt to resolve the issue that is the subject of the accompanying motion.

_____
Rose E. King