UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action Number:
98-CV-11346-NG

BRONWYN FORD, )
    Plaintiff, )
   )
v. )
   )
   )
   )
   )
CITY OF BOSTON, SUFFOLK )
COUNTY, and RICHARD ROUSE, )
SHERIFF OF SUFFOLK COUNTY, )
    Defendants. )

F I L E D
Clerk's Office
USDC, Mass.
Date 4/19/02
By_____
Deputy Clerk

## PLAINTIFF BRONWYN FORD'S MOTION TO ALLOW FOR REQUEST FOR ADMISSIONS IN EXCESS OF TWENTY-FIVE

NOW COMES PLAINTIFF, BRONWYN FORD ("Plaintiff" or "Ford"), and respectfully moves this Honorable Court to permit her Requests for Admissions in excess of the twenty-five (25) limit set forth in Local Rule 26.1(c). As reasons therefore, Plaintiff states the following:

1. The purpose of the Requests for Admission is to add to the efficiency of the trial and the Court's time.

2. The Request for Admissions seek to establish facts derived from the testimony of the witnesses, namely, police officers and officials, in order to develop established facts for trial.

3. These stipulated facts will make the trial expedient and efficient.

4. These established facts will also serve to eliminate the need to call numerous witnesses who are police officers and officials, which may be in the public, as well as judicial, interest.

5. The Request for Admissions exceeds 25 because there was a great deal of testimony derived over the course of this litigation with respect to the Plaintiff's booking at Berkeley Street and the procedures and policies of the City of Boston.

6. The City of Boston will suffer no prejudice if required to answer the Request for Admissions. On the contrary, it is in their interest as well, and in addition to judicial expediency, to provide answers which can develop established facts.

7. Plaintiff seeks from the City to respond to 59 Request for Admissions.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court allow her Motion and order the City to respond to 59 Request for Admissions.

Respectfully submitted,
BRONWYN FORD,
by her attorneys,

Dated: April 18, 2002

Eric N. Klein, Esq.
Klein & Miller, LLP
One Financial Center
Boston, MA 02111
(617) 482-7600
BBO# 631309

*Of Counsel:*
Audrey J. Samit, Esq.
BBO#: 559271

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 4/18/12

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action Number:
98-CV-11346-NG

BRONWYN FORD, )
    Plaintiff, )
)
v. )
)
)
)
CITY OF BOSTON, SUFFOLK )
COUNTY, and RICHARD ROUSE, )
SHERIFF OF SUFFOLK COUNTY,)
    Defendants. )
)

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify, pursuant to Local Rule 7.1(A)(2), that counsel for the Plaintiff has conferred with counsel for the City of Boston, in a good faith attempt to resolve or narrow the issues raised by the Opposition, and that I have been unable to do so.

_____
Eric N. Klein, Esq.
Klein & Miller, LLP
One Financial Center
Boston, MA 02111
(617) 482-7600
BBO# 631309