UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
Clerk's Office
USDC, Mass.
Date 5|6|02
By_____
Deputy Clerk

| | |
|---|---|
| BRONWYN FORD, KATRINA MACK et al., on behalf of themselves and on behalf of others similarly situated, Plaintiffs<br><br>v.<br><br>SUFFOLK COUNTY, RICHARD J. ROUSE in his individual capacity, JANE DOE in her individual capacity, and THE CITY OF BOSTON, Defendants | CIVIL ACTION NO: 98-CV-11346-NG |

## SUFFOLK COUNTY DEFENDANT'S
## MOTION FOR PROTECTIVE ORDER

NOW come the Suffolk County Defendants by and through their attorney Rose King, and move that this Honorable Court grant a protective order, pursuant to Fed. R. Civ. P. 26(c), precluding the Plaintiff, Bronwyn Ford, from conducting further discovery. As reasons therefore, the Defendants adopt the attached Motion for Protective Order submitted by co-defendant City of Boston.

Respectfully submitted for
Suffolk County Defendants
By their Attorney

DATE: 5/2/02

_Rose King_
Rose King
Deputy General Counsel
BBO# 630973
Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA 02114

152

## LOCAL RULE 7.1 CERTIFICATION

Now comes Attorney Rose King, counsel for Sheriff Richard J. Rouse and Suffolk County and certifies to this Honorable Court that, pursuant to Local Rule 7.1, the parties in this matter have conferred in an effort to narrow the issues and have been unable to do so.

Signed under the pains and penalties of perjury this 2nd day of May, 2002.

_____
Rose E. King


### Certificate of Service

I hereby certify that on this date I have caused a true copy of the foregoing document to be served on Attorney Eric Klein, One Financial Center, 15th Floor, Boston, MA 02111 by First Class Mail.

Signed under the pains and penalties of perjury this 2nd day of May, 2002.

_____
Rose E. King