UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action Number:
98-CV-11346-NG

BRONWYN FORD,  )
    Plaintiff,  )
       )
v.  )
       )
       )
       )
CITY OF BOSTON, SUFFOLK  )
COUNTY, and RICHARD ROUSE, )
SHERIFF OF SUFFOLK COUNTY,)
    Defendants.  )
       )

## PLAINTIFF'S OPPOSITION TO SUFFOLK COUNTY'S MOTION FOR A PROTECTIVE ORDER

NOW COMES PLAINTIFF, BRONWYN FORD, ("Plaintiff" or "Ford") and hereby opposes Defendant Suffolk County's Motion For A Protective Order.

The Plaintiff hereby adopts and incorporates by reference its Opposition to the City of Boston's Motion for a Protective Order.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court deny the County's Motion for a Protective Order and order the County to respond to Plaintiff's Requests for Admissions.

                                                  Respectfully submitted,
                                                  BRONWYN FORD,
                                                  by her attorneys,

Dated: May 8, 2002

                                                  Eric N. Klein, Esq.
                                                  Klein & Miller, LLP
                                                  One Financial Center
                                                  Boston, MA  02111
                                                  (617) 482-7600
                                                  BBO# 631309

                                                  ***Of Counsel:***
                                                  Audrey J. Samit, Esq.
                                                  BBO#: 559271